UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN-D OMAR WRIGHT,<br><br>　　　　　　　　　　　　Petitioner,<br><br>v.<br><br>R. GARCIA, Assistant Warden,<br><br>　　　　　　　　　　　　Respondent. | Case No.: 23-cv-373-MMA (DDL)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner Shawn-D Omar Wright ("Petitioner"), a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, at Otay Mesa Detention Center, proceeding *pro se*, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Doc. No. 1.  However, Petitioner has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.  A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis.  *See* Civ. LR 3.2; 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed with this action, he must submit a copy of this Order with the requisite $5.00

fee or adequate proof he cannot pay the fee no later than **April 28, 2023**. *For Petitioner's convenience, the Clerk of Court shall attach to this Order, a blank application to proceed in forma pauperis.*

**IT IS SO ORDERED**.

Dated:  February 28, 2023

_____
HON. MICHAEL M. ANELLO
United States District Judge